[No. 10455-9-III.   Division Three.   August 13, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER ANTHONY MODEST, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01461-0, Heather Van Nuys, J., entered November 29, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson, J., Munson, J., dissenting.

[No. 9016-7-III.   Division Three.   August 13, 1991.]

*In the Matter of the Marriage of (the Estate of)* EUNICE M. THOMAS, *Appellant, and* MARVIN H. THOMAS, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 85-3-00433-5, Charles W. Cone, J., entered November 17, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J. Now published at 63 Wn. App. 658.

[No. 10948-8-III.   Division Three.   August 13, 1991.]

NANCY L. LARSON, *Appellant,* v. THE RED BARN/NSE, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-00822-4, Thomas E. Merryman, J., entered June 13, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., Munson, J., dissenting.